# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)
### 1st amended Plan

DEBTOR: Raquel Nunez          JOINT DEBTOR:                          CASE NO.: 17-14001
Last Four Digits of SS# 0786          Last Four Digits of SS#

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of  60  months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

  A.   $ 150.33   for months  1 to  60 ; in order to pay the following creditors:

Administrative:     Attorney's Fee - $ 3650          TOTAL PAID $  2350
                    Balance Due    $ 1300          payable $ 130/month (Months  1 to  10)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1.  None                          Arrearage on Petition Date  $
Address:                          Arrears Payment    $         /month (Months      to      )
                                  Regular Payment    $         /month (Months      to      )
Account No:

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ____ To ____ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None                Total Due  $
                       Payable    $        /month (Months ____ to ____) Regular Payment $

Unsecured Creditors:  Pay $ 5.30 /month (Months 1 to  10) and Pay $ 135.30 /month (Months 11 to  60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: The debtor shall make all contractual payments for 8416 NW 103 Street #B-103 Hialeah Gardens, FL 33016 to Neighborhood Property Management. The debtor shall make all contractual payments for the 2015 Nissan Sentra to Nissan Motor Acceptance Corporation. If the debtor receives gambling winnings during the pendency of the plan the debtor shall turn over any gross winnings to the Chapter 13 Trustee for the benefit of the unsecured creditors. The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    /s/Robert Sanchez, Esq.
Attorney for Debtor                              Joint Debtor
Date: 5-23-2017                                  Date:

LF-31 (rev. 01/08/10)