

ORDERED in the Southern District of Florida on July 20, 2017.

*Laurel M. Isicoff*
Laurel M. Isicoff
Chief United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 17-14001-BKC-LMI
PROCEEDING UNDER CHAPTER 13

IN RE:

RAQUEL NUNEZ

DEBTOR_____/

### ORDER CONTINUING CONFIRMATION HEARING, TRUSTEE'S OBJECTION TO EXEMPTIONS AND MAKING ALL DEBTOR PAYMENTS NON-REFUNDABLE

**THIS CASE** came to be heard on July 11, 2017 upon the Confirmation Hearing of the Chapter 13 Case, and based on the record, it is

**ORDERED as follows**:

1. The Confirmation Hearing and the Trustee's Objection to Exemptions is continued to **August 8, 2017** at **1:35 pm** in **Courtroom 8** at **UNITED STATES BANKRUPTCY COURT, C. CLYDE ATKINS UNITED STATES COURTHOUSE, 301 NORTH MIAMI AVENUE, MIAMI, FL 33128**.

ORDER CONTINUING CONFIRMATION HEARING, TRUSTEE'S OBJECTION TO EXEMPTIONS AND MAKING ALL DEBTOR PAYMENTS NON-REFUNDABLE
CASE NO.:  17-14001-BKC-LMI

2. The Debtor is ordered to continue making payments each month to the Chapter 13 Trustee in accordance with the last filed Chapter 13 Plan.  Failure to continue payments may result in the dismissal of this case.

3. As a condition for the continued confirmation hearing and delay of payments to creditors,  all payments held by the Chapter 13 Trustee shall be non-refundable and held in trust for the secured creditors as adequate protection, and in trust for priority and administrative creditors.

4. If this case is dismissed or converted, the Trustee shall disburse all funds which were received prior to the order of conversion or dismissal and held in trust.  The disbursement shall be on a pro rata basis, less Trustee fees, to the secured, priority or administrative creditors pursuant to  the proposed Chapter 13 Plan which was filed at least one day prior to last confirmation hearing date.

###

**ORDER SUBMITTED BY:**

NANCY K. NEIDICH
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

**COPIES FURNISHED TO:**

**DEBTOR**
RAQUEL NUNEZ
8416 NW 103RD STREET #B-103
HIALEAH GARDENS, FL  33016-4665

**ATTORNEY FOR DEBTOR**
ROBERT SANCHEZ, ESQUIRE
355 W 49 STREET
HIALEAH, FL  33012

**ROBERT SANCHEZ, ESQUIRE** is directed to mail a conformed copy of this Order to all creditors and interested parties, immediately upon receipt thereof.