UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 17-14001-LMI

IN RE:
Raquel Nunez
    Debtor
_____/

TRUSTEE'S OBJECTION TO CLAIM ON NEGATIVE NOTICE
NOTICE OF TRUSTEE'S OBJECTION TO
CLAIM # 1 FILED BY NISSAN MOTOR ACCEPTANCE CORPORATION

IMPORTANT NOTICE TO CREDITORS

    **This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.**
    **If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned Trustee, Nancy K Neidich, Esquire, P.O. Box 279806, Miramar, Florida 33027. OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.**
    **If your entire claim is objected to and this is a chapter 11 case, you will not have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.**
    **The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.**

    Pursuant to Bankruptcy Rule 3007, the Trustee objects to the following claims(s) filed in this case::

| Claim # | Name of Claimant |
|---|---|
| 1 | NISSAN MOTOR ACCEPTANCE CORPORATION. |

<u>Recommended Disposition</u> Strike and Disallow: The Court entered an order allowing the claim but that the Claim will not receive a distribution from the Chapter 13 Trustee. The amended claim seeks a distribution.
The auction was held on May 9, 2018 but the claim was not filed until June 25, 2018. The claim includes post petition charges not approved by the Court. The confirmation order entered on August 17, 2017 provided for stay relief to Nissan..

RESPECTFULLY SUBMITTED:

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

By: /s/ _____
☐ Adisley Cortez-Rodriguez, Esq.
FLORIDA BAR NO: 0091727
■ Amy E. Carrington, Esq.
FLORIDA BAR NO: 101877
☐ Jose Ignacio Miceli, Esq.
FLORIDA BAR NO: 0077539

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Objection to Claim # 1 was served through NEF on debtor's attorney and by US First Class Mail to the following on __JUNE 28, 2018__:

Nissan Motor Acceptance Corporation
P.o. Box 660366
Dallas, TX  75266-0366

NISSAN MOTOR ACCEPTANCE CORPORATION
CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525

/s/ _____
Amy E Carrington, Esq